FILED IN OPEN COURT
ON 8/29/2016
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NUMBER: 7:11-CR-126-1D

UNITED STATES OF AMERICA

VS.                                                             ORDER

ISAAC ANTWAN HOLMES

   IT IS HEREBY ORDERED that the following Government Exhibits be returned to Allan Lawson and remain in his or her custody through the time of sentencing and any proceeding on appeal or review.

| EXHIBIT # | EXHIBIT DESCRIPTION |
|---|---|
| 11A | Narcotics |

THIS 29th DAY OF AUGUST, 2016.

AGENT _Allan Lawson_

_James C. Dever_
JAMES C. DEVER III
CHIEF U.S. DISTRICT JUDGE